EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2003

at 1 o'clock and 40 min. a M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.  CR03-00140  HG |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [26 U.S.C. § 7206(1)] |
| ) | |
| ALPHONSO PALMER, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

That on or about April 15, 1997, in the District of Hawaii, the Defendant ALPHONSO PALMER, a resident of Honolulu, Hawaii, did willfully make and subscribe an IRS Form 1040, Personal Income Tax Return, for the calendar year 1996, which was

verified by a written declaration that it was made under the penalties of perjury and was filed with the Director, Internal Revenue Service Center, at Fresno, California, which said IRS Form 1040, 1996 Personal Income Tax Return, he did not believe to be true and correct as to every material matter, in that the said 1996 Personal Income Tax Return stated that the Defendant ALPHONSO PALMER had a taxable income of approximately $16,976.00 in 1996; whereas, as he then and there well knew and believed his true income for the calendar year 1996 was approximately $470,556.55.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT 2

The Grand Jury further charges:

That on or about August 19, 1998, in the District of Hawaii, the Defendant ALPHONSO PALMER, a resident of Honolulu, Hawaii, did willfully make and subscribe an IRS Form 1040, Personal Income Tax Return, for the calendar year 1997, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Director, Internal Revenue Service Center, at Fresno, California, which said IRS Form 1040, 1997 Personal Income Tax Return, he did not believe to be true and correct as to every material matter, in that the said 1997 Personal Income Tax Return stated that the Defendant

ALPHONSO PALMER had a taxable income of approximately $31,787.00 in 1997; whereas, as he then and there well knew and believed his true income for the calendar year 1997 was approximately $311,832.19.

In violation of Title 26, United States Code, Section 7206(1).

DATED: ___MAR 27_____, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

United States v. Alphonso Palmer
Cr. No. _____
"Indictment"