UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 2 2005

at \_\_\_ o'clock and \_\_\_ min. \_\_\_M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ALPHONSO PALMER,<br><br>Defendant - Appellant. | No. 04-10453<br>D.C. No. CR-03-00140-HG<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

**Filed and entered 05/26/05**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 20 2005

by: _____
Deputy Clerk